NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-697


HECK INDUSTRIES, INC.

VERSUS

ANN A.W. WILLIAMS, ET VIR


**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 208,204
HONORABLE GEORGE CLARENCE METOYER JR., DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Billie Colombaro Woodard, Marc T. Amy, and Billy Howard Ezell, Judges.


AFFIRMED.


Jimmy Roy Faircloth, Jr.
Faircloth & Davidson, L.L.C.
P.O. Box 12730
Alexandria, LA 71315-2730
(318) 442-9533
Counsel for: Defendants/Appellants
Ann A.W. Williams
J.R. Williams

**William Gregory Beard**
**Attorney at Law**
**P. O. Box 12982**
**Alexandria, LA 71315**
**(318) 445-5648**
**Counsel for: Plaintiff /Appellee**
**Heck Industries, Inc.**